# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

Grady L. Lothridge, Jr.,

        Plaintiff,

vs.

Nancy Berryhill, Acting Commissioner of Social Security,

        Defendant.

Civil Action No. 5:17-3452-RMG

**ORDER**

Plaintiff filed this action seeking judicial review of the Social Security Administration's denial of his application for disability benefits. Following Plaintiff's submission of his brief asserting various errors of law and the absence of substantial evidence in the denial of benefits, the Commissioner moved, with the consent of Plaintiff, to have the administrative decision reversed and the matter remanded to the agency for further proceedings. (Dkt. No. 25). The motion is granted. The decision of the Commissioner is reversed pursuant to Sentence Four of 42 U.S.C. § 405(g) and remanded to the agency for further administrative proceedings.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

August 22, 2018
Charleston, South Carolina